■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANSANA SAM-KABBA, Appellant. [990 NYS2d 845]—Appeals by the

defendant, as limited by his motion, from two sentences of the Supreme Court, Suffolk County (Kahn, J.), both imposed June 25, 2009, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Lott and Cohen, JJ., concur.